UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-87

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CONSENT TO TRANSFER |
| ) | CASE FOR GUILTY PLEA |
| VYACHESLAV IGORAVICH ANDREEV ) | AND SENTENCING |
| a/k/a "Vyacheslav Igoravich Penchukov," ) | |
| "Tank," "Father," "TopBro," and "Zevs" ) | |

I, VYACHESLAV IGORAVICH ANDREEV, a/k/a "Vyacheslav Igoravich Penchukov," "Tank," "Father," "TopBro," and "Zevs," have been informed that I am charged in an indictment in the Eastern District of North Carolina with one count of conspiracy in violation of Title 18, United States Code, Section 371, (Count One) and one count of conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 (Count Two).

*(Remainder of page intentionally left blank.)*

1

After consultation with my defense counsel, I hereby waive trial in the Eastern District of North Carolina and consent to the disposition of this case in the District of Nebraska, where I am held and where I will plead guilty pursuant to a plea agreement to Count Two in the indictment.

_____  02.09.2024
VYACHESLAV IGOREVICH ANDREEV,    Date
also known as VYACHESLAV
IGOREVICH PENCHUKOV
Defendant

_____  2/12/2024
HALERIE COSTELLO                 Date
JEAN-PAUL JACQUET FREESE
Attorney for Defendant

APPROVED:

_____  _____
MICHAEL F. EASLEY, JR.           SUSAN T. LEHR
United States Attorney           Acting United States Attorney
Eastern District of North Carolina   District of Nebraska

Date: 11/2/23                    Date: 11/3/2023

Digitally signed by SUSAN LEHR
Date: 2023.11.03 14:35:10 -05'00'

2